## SCHEDULE A

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 1 | DHgate | cosmose | 20717089 | 1068765173 | VA 2-450-964<br>VA 2-450-965 |
| | | | | 1068768218 | VA 2-450-964<br>VA 2-450-965 |
| | | | | 1068768241 | VA 2-450-964<br>VA 2-450-965 |
| | | | | 1068768856 | VA 2-450-964<br>VA 2-450-965 |
| | | | | 1068759142 | VA 2-450-964<br>VA 2-450-965 |