cosmose

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: DHgate

Doe #: 1

Store Name: cosmose

Merchant ID: 20717089

Store URL: https://www.dhgate.com/store/20717089

Product ID: 1068759142, 1068765173, 1068768218, 1068768241, 1068768856

Product URL: https://www.dhgate.com/product/_1068759142.html, https://www.dhgate.com/product/_1068765173.html, https://www.dhgate.com/product/_1068768218.html, https://www.dhgate.com/product/_1068768241.html, https://www.dhgate.com/product/_1068768856.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: GGT-1, GGT-2, GGT-3, GGT-4, GGT-8, GGT-13, GGT-14

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-08-07

1



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-8, GGT-13, GGT-14: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-8, GGT-13, GGT-14: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-8, GGT-13, GGT-14: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-8, GGT-13, GGT-14: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-8, GGT-13, GGT-14: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-3, GGT-4, GGT-14: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-3, GGT-4, GGT-14: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-3, GGT-4, GGT-14: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-8, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965

10



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-8, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-8, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-8, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-8, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965

14



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-8, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965

15



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-8, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965

16



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-4, GGT-8, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965



Doe #1
Copyright(s) GGT-1, GGT-2, GGT-3, GGT-13: Listing Image
Copyright Registration Numbers: VA 2-450-964, VA 2-450-965