**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Gimme Golf Tool LLC
 Plaintiff,
v.  Case No.: 1:25−cv−14536
 Honorable Joan B. Gottschall
cosmose, et al.
 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 17, 2025:

 MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to Plaintiff's Notice of Dismissal Under Rule 41(a)(1) [14], this action is dismissed without prejudice as to Defendant cosmose. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.